CAUSE NO. 12-0060

| | | |
|---|---|---|
| LOUISA D. REDDIC | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | OF HOUSTON COUNTY, TEXAS |
| | § | |
| EAST TEXAS MEDICAL CENTER | § | |
| REGIONAL HEALTH CARE SYSTEM, | § | |
| Individually and d/b/a EAST TEXAS | § | |
| MEDICAL CENTER-CROCKETT | § | |
| | § | |
| Defendants | § | 349th JUDICIAL DISTRICT |

### Order on Defendants East Texas Medical Center Regional Health Care System and East Texas Medical Center-Crockett's Motion to Dismiss

Defendants East Texas Medical Center Regional Health Care System and East Texas Medical Center-Crockett presented their Motion to Dismiss. The Court is of the opinion that Defendants' Motion to Dismiss should be denied.

**It is, therefore, ordered, adjudged, and decreed** that Defendants East Texas Medical Center Regional Health Care System and East Texas Medical Center-Crockett's Motion to Dismiss is **denied.**

SIGNED this 19 day of ___March___, 2013.

_____
**Judge Presiding**

FILED
HOUSTON COUNTY
DISTRICT CLERK
13 MAR 19 PM 2:06
CAROLYN RAINS
BY_____DEPUTY